# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**PATRICIA M. JACOBS**                                                                 **Plaintiff**

v.                                         NO. 5:07-CV-00246-BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                           **Defendant**

## JUDGMENT

In accordance with the Memorandum and Order entered this day, judgment is hereby rendered in favor of Defendant, Michael J. Astrue, Commissioner of the Social Security Administration, and against Plaintiff Patricia M. Jacobs.

DATED this 3rd day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE